1   NANCY E. PRITIKIN, Bar No. 102392
    SHANNON M. GIBSON, Bar No. 256634
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street
    20th Floor
4   San Francisco, CA  94108.2693
    Telephone:  415.433.1940
5   Facsimile:  415.399.8490
    E-mail:  nepritikin@littler.com
6   Email:   sgibson@littler.com

7   Attorneys for Defendant
    NORTHROP GRUMMAN CORP.
8
    BRYAN SCHWARTZ LAW
9   BRYAN SCHWARTZ, Bar No. 209903
    HILLARY JO BAKER, Bar No. 265019
10  180 Grand Avenue, Suite 1550
    Oakland, CA 94612
11  Telephone:  510.444.9300
    Facsimile:  510.444.9301
12  Email:  Bryan@BryanSchwartzLaw.com

13  Attorneys for Plaintiff
    GARNETT A. GEBHARDT
14

15

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18  GARNETT A. GEBHARDT,                 Case No.  CV 10 2807 (MEJ)

19            Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                         **ORDER EXTENDING DEFENDANT'S**
20        v.                             **TIME TO ANSWER, PLEAD, OR**
                                         **OTHERWISE MOVE IN RESPONSE TO**
21  STEVEN CHU, SECRETARY, UNITED        **PLAINTIFF'S COMPLAINT**
    STATES DEPARTMENT OF ENERGY,
22  and NORTHROP GRUMMAN CORP.,

23            Defendants.               **Action Filed:**      June 25, 2010
                                        **Complaint Served:**  July 6, 2010
24                                      **Trial Date:**        None Set

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION & [PROP] ORDER                    **CASE NO. CV 10 2807 (MEJ)**
EXTENDING TIME

1        Pursuant to Local Rule 6-1(a), Defendant Northrop Grumman Corp. ("Defendant"),

2   by and through its undersigned counsel, has requested and Plaintiff Garnett A. Gebhardt

3   ("Plaintiff"), by and through her undersigned counsel, has agreed out of professional courtesy, to

4   hereby stipulate that the time within which Defendant may answer, plead or otherwise move in

5   response to Plaintiff's Complaint in the above-captioned matter shall be extended for a period of

6   fifteen (15) days from July 27, 2010 to August 11, 2010.  No prior extension has been granted by the

7   Court.

8                **IT IS SO STIPULATED.**

9   Dated:  July 27, 2010                LITTLER MENDELSON, PC

10                                        */s/ Shannon M. Gibson*

11                               Nancy E. Pritikin

12                               Shannon M. Gibson
                                 Attorneys for Defendant

13                               NORTHROP GRUMMAN CORP.

14  Dated:  July 27, 2010                BRYAN SCHWARTZ LAW

15                                        */s/ Bryan Schwartz*

16                               Bryan Schwartz
                                 Hillary Jo Baker

17                               Attorneys for Plaintiff
                                 GARNETT A. GEBHARDT

18

19       Based on the foregoing, the Court orders the date by which Defendant must answer,

20  plead, or otherwise move in response to Plaintiff's Complaint extended from July 27, 2010 to

21  August 11, 2010.

22               **IT IS SO ORDERED.**

23  Dated this 28 day of July , 2010

24

25                                    _____

26                             HON. MARIA-ELENA JAMES
                               Magistrate Judge of the Superior Court

27  Firmwide:96545444.1 620000.1422

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

STIPULATION & [PROP] ORDER
EXTENDING TIME             2.             CASE NO. CV 10 2807 (MEJ)