UNITED STATES DISTRICT COURT

Northern District of California

GARNETT A GEBHARDT

              Plaintiff(s),

  v.

STEVEN CHU

              Defendant(s).
_____/

No. C 10-02807 MEJ

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On October 1, 2010, Defendant electronically filed a motion to dismiss and supporting documents. (Dkt. ##10-12.) However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

     IT IS SO ORDERED.

Dated: October 6, 2010

                                                     _____
                                                     Maria-Elena James
                                                     Chief United States Magistrate Judge