UNITED STATES DISTRICT COURT

Northern District of California

GARNETT GEBHARDT

                Plaintiff,

  v.

STEVEN CHU, et al.,

                Defendants.
_____/

No. C 10-02807 MEJ

**ORDER VACATING CMC & RELATED DEADLINES**

    This matter is currently scheduled for a case management conference on December 16, 2010. However, as Defendants' motion to dismiss remains pending, the Court hereby VACATES the c.m.c. and all related deadlines. If necessary, the Court shall reschedule the c.m.c. after resolution of Defendants' motion.

    **IT IS SO ORDERED.**

Dated: December 6, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge