UNITED STATES DISTRICT COURT

Northern District of California

GARNETT GEBHARDT

          Plaintiff,

  v.

STEVEN CHU, et al.,

          Defendants.

_____/

No. C 10-02807 MEJ

**ORDER SCHEDULING CMC**

On December 16, 2010, the Court denied Defendant Steven Chu's motion to dismiss. Accordingly, Chu shall file a responsive pleading by January 6, 2011, and the Court shall conduct a case management conference on February 10, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All case management and ADR deadlines shall be adjusted accordingly..

**IT IS SO ORDERED.**

Dated: December 16, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge