UNITED STATES DISTRICT COURT

Northern District of California

GARNETT GEBHARDT,

        Plaintiff,

  v.

STEVEN CHU, et al.,

        Defendants.

_____/

No. CV10-02807 MEJ

**CASE MANAGEMENT ORDER**

    On February 4, 2011, the parties submitted two versions of a proposed stipulated protective order. (Dkt #29.) Although it's clear that one version is preferred by Plaintiffs and one is preferred by Defendants, neither side presented any justification for their preferences. Accordingly, within one week from the date of this Order, the parties shall file a joint letter addressing the differences. The letter shall be formatted so that each disputed section is addressed separately with a heading, followed by both parties' positions as to the individual section.

    **IT IS SO ORDERED.**

Dated: February 10, 2011

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge