UNITED STATES DISTRICT COURT

Northern District of California

GARNETT GEBHARDT

           Plaintiff,

  v.

STEVEN CHU, et al.,

           Defendants.
_____/

No. C 10-02807 MEJ

**ORDER RE: PROTECTIVE ORDER**

On February 4, 2011, the parties submitted two versions of a proposed stipulated protective order. (Dkt #29.) As neither side presented any justification for their preferred version of the protective order, the Court ordered them to file a joint letter addressing the differences. (Dkt. #31.) Having received the parties letter in response, (Dkt. #33), the Court finds Plaintiff's requested provisions unnecessary, and shall therefore issue Defendants' version as the protective order in this case.

In their letter, the parties also appear to raise a specific discovery dispute related to medical records. The Court's February 10, 2011 order did not contemplate specific disputes, and the parties' letter does not comply with the requirements of the undersigned's discovery standing order. Accordingly, the Court shall not consider the dispute as submitted.

**IT IS SO ORDERED.**

Dated: February 18, 2011

                                                                       _____
                                                                       Maria-Elena James
                                                                       Chief United States Magistrate Judge