| | |
|---|---|
| 1 | BRYAN SCHWARTZ, Bar No. 209903 |
| | HILLARY BENHAM-BAKER, Bar No. 265019 |
| 2 | BRYAN SCHWARTZ LAW |
| | 180 Grand Avenue, Ste. 1550 |
| 3 | Oakland, CA 94612 |
| | Telephone:   510.444.9300 |
| 4 | E-mail:          bryan@bryanschwartzlaw.com |
| | E-mail:          hillary@bryanschwartzlaw.com |
| 5 | |
| | Attorneys for Plaintiff |

NANCY E. PRITIKIN, Bar No. 102392
SHANNON M. GIBSON, Bar No. 256634
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
E-mail:          nepritikin@littler.com
E-mail:          sgibson@littler.com

Attorneys for Defendant
NORTHROP GRUMMAN SYSTEMS CORP.

MELINDA. HAAG, Bar No. 132612
United States Attorney
JOANNE SWANSON, Bar No. 88143
Chief, Civil Division
ABRAHAM A. SIMMONS, Bar No. 146400
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102-3495
Telephone:   415.436.7264
Facsimile:    415.436.6748
Email:          abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARNETT A. GEBHARDT, | Case No.  CV-10-2807 (MEJ) |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE FOR MEDIATION** |
| v. | |
| STEVEN CHU, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY, and NORTHROP GRUMMAN CORP., | Judge:                    Hon. Maria-Elena James |
| | Complaint Filed:   June 25, 2010 |
| Defendants. | |

1   All parties, by and through their attorneys of record, hereby stipulate as follows:

2   WHEREAS, this Court entered an Order on February 4, 2011, referring the Parties to
3   court-sponsored mediation, and issued a Notice on February 15, 2011, appointing Linda McSweyn
4   as Mediator;

5   WHEREAS, the Parties are required to complete mediation on or before May 5, 2011,
6   pursuant to ADR L.R. 6-4;

7   WHEREAS, the Parties have collectively participated in two telephonic conference
8   calls, and several others independently, with the Mediator to resolve pending discovery issues and to
9   discuss a timeline for moving the case forward as expeditiously as possible;

10   WHEREAS, the Parties have diligently pursued, but not yet completed, the exchange
11   of written discovery and the depositions of key witnesses;

12   WHEREAS, the Parties agree that conducting any mediation prior to the completion
13   of said discovery and depositions would impair the chances of a productive mediation and possible
14   settlement;

15   WHEREAS, the Parties jointly request that the Court extend the deadline by which
16   mediation is to be completed;

17   WHEREAS, the Parties agree that extending the deadline for mediation would serve
18   the interests of judicial economy and not cause any prejudice or interfere with any other court-
19   imposed deadlines; and

20   WHEREAS, the Parties have scheduled mediation for the week of July 18, 2011;

21   THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through
22   their respective counsel, that:

23   1.   The deadline for the Parties to complete mediation shall be extended from
24   May 5, 2011 until July 29, 2011.

25   ///
26   ///
27   ///
28   ///

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR MEDIATION**         1.         **Case No. CV 10 2807 (MEJ)**

Dated: April 15, 2011

BRYAN SCHWARTZ LAW

*/s/ Bryan Schwartz*
Bryan Schwartz, Bar No. 209903
Attorney for Plaintiff

Dated: April 15, 2011

LITTLER MENDELSON
A Professional Corporation

*/s/ Shannon M. Gibson*
Shannon M. Gibson, Bar No. 256634
Attorneys for Defendant
Northrop Grumman Systems Corp.

Dated: April 15, 2011

MELINDA HAAG
United States Attorney

*/s/ Abraham A. Simmons*
Abraham A. Simmons, Bar No. 146400
Assistant United States Attorney
Attorneys for Federal Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulation, above, is approved and adopted as the Order of this Court, as follows:

1. The deadline by which the Parties must complete mediation shall be extended from May 5, 2011, until July 29, 2011.

**IT IS SO ORDERED.**

Dated: April 18, 2011

Maria-Elena James
CHIEF UNITED STATES MAGISTRATE JUDGE

Firmwide:101139045.1 050231.1004

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR MEDIATION**    2.    **Case No. CV 10 2807 (MEJ)**