**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| GARNETT GEBHARDT<br><br>                Plaintiff,<br>  v.<br>STEVEN CHU, et al.,<br><br>                Defendants. | No. C 10-02807 MEJ<br><br>**ORDER RE: DOCUMENT PRODUCTION** |

The Court is in receipt of the parties' joint discovery dispute letter, filed May 5, 2011, regarding Plaintiff's document requests. Dkt. No. 41. Upon review of the parties' letter, the Court ORDERS as follows:

1) The parties shall meet and confer for the purpose of determining a reasonable extension of the pretrial and trial dates in this case. The parties shall thereafter file a stipulation and proposed order to continue all deadlines in this case.

2) Defendants shall ensure that all privilege logs comply with the following requirements. If any privilege logs previously served do not comply, Defendants shall serve revised privilege logs within 30 days from the date of this Order. Privilege logs must be sufficiently detailed and informative to justify the privilege. *See* Fed. R. Civ. P. 26(b)(5). No generalized claims of privilege or work-product protection shall be permitted. With respect to each communication for which a claim of privilege or work product is made, the asserting party must at the time of assertion identify:

    (a) all persons making or receiving the privileged or protected communication;

1     (b)      the steps taken to ensure the confidentiality of the communication, including affirmation that no unauthorized persons have received the communication;

4     (c)      the date of the communication;

5     (d)      the subject matter of the communication; and

6     (e)      the location where the document was found.

Failure to furnish this information at the time of the assertion will be deemed a waiver of the privilege or protection.

**IT IS SO ORDERED.**

Dated: May 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge