1  BRYAN SCHWARTZ, Bar No. 209903
   HILLARY BENHAM-BAKER, Bar No. 265019
2  BRYAN SCHWARTZ LAW
   180 Grand Avenue, Ste. 1550
3  Oakland, CA 94612
   Telephone:     510.444.9300
4  E-mail:        bryan@bryanschwartzlaw.com
   E-mail:        hillary@bryanschwartzlaw.com
5
   Attorneys for Plaintiff
6
   NANCY E. PRITIKIN, Bar No. 102392
7  SHANNON M. GIBSON, Bar No. 256634
   LITTLER MENDELSON
8  A Professional Corporation
   650 California Street, 20th Floor
9  San Francisco, CA  94108.2693
   Telephone:     415.433.1940
10 E-mail:        nepritikin@littler.com
   E-mail:        sgibson@littler.com
11
   Attorneys for Defendant
   NORTHROP GRUMMAN SYSTEMS CORP.
12
   MELINDA. HAAG, Bar No. 132612
13 United States Attorney
   JOANNE SWANSON, Bar No. 88143
14 Chief, Civil Division
   ABRAHAM A. SIMMONS, Bar No. 146400
15 Assistant United States Attorney
   450 Golden Gate Avenue, 9th Floor
16 San Francisco, CA  94102.3495
   Telephone:     415.436.7264
17 Facsimile:     415.436.6748
   Email:         abraham.simmons@usdoj.gov
18
   Attorneys for Federal Defendant
19
20                UNITED STATES DISTRICT COURT

21               NORTHERN DISTRICT OF CALIFORNIA

22                   SAN FRANCISCO DIVISION

23 GARNETT A. GEBHARDT,                Case No.  CV-10-2807 (MEJ)

24           Plaintiff,               **STIPULATION AND [PROPOSED]**
                                      **ORDER EXTENDING DISCOVERY AND**
25     v.                             **TRIAL DEADLINES**

26 STEVEN CHU, SECRETARY, UNITED       Judge:          Hon. Maria-Elena James
   STATES DEPARTMENT OF ENERGY,        Complaint Filed:  June 25, 2010
27 and NORTHROP GRUMMAN CORP.,

28           Defendants.

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Garnett A. Gebhardt ("Plaintiff")
2   and Defendants Steven Chu and the United States Department of Energy ("Federal Defendant") and
3   Northrop Grumman Systems Corp. ("Northrop Grumman") (collectively, "Defendants"), by and
4   through their attorneys of record, make the following stipulated request to extend non-expert
5   discovery and the trial date in the above-captioned matter as follows:

6   WHEREAS, on February 4, 2011, the Court issued a Case Management Order
7   directing the Parties to complete mediation within 90 days in compliance with ADR L.R. 6-4(b) and
8   establishing the cut-off for non-expert discovery as August 9, 2011, and the date for trial as February
9   12, 2012 (Dkt. No. 30);

10  WHEREAS, the Parties jointly requested and the Court granted extending the
11  deadline for mediation from May 5, 2011, to July 29, 2011, to allow for a more productive mediation
12  following initial discovery (Dkt. No. 40);

13  WHEREAS, the Parties have diligently pursued, but not yet completed, the exchange
14  of written discovery and the taking of depositions of key witnesses for both Plaintiffs and
15  Defendants;

16  WHEREAS, the Federal Government has been unable to produce a substantial
17  portion of its document production in response to Plaintiff's written request for documents dated
18  December 22, 2010, because each document must be closely reviewed to identify and redact any
19  information that would potentially implicate national security interests;

20  WHEREAS, the Court has ordered the Federal Government to produce such
21  documents and/or privileged logs on or before June 9, 2011;

22  WHEREAS, the Parties have found it challenging to notice depositions given the
23  conflicting schedules of counsel and numerous witnesses, as well as the fact that most of
24  Defendants' witnesses are located out of State in Washington, DC;

25  WHEREAS, the Parties have conducted the first day of Plaintiff's deposition, as well
26  as that of the following key witnesses in San Francisco, CA, Oakland, CA, Washington, DC, and
27  Salisbury, MD:  Steve Minniear, Page Holland, Jean Gallina, and Ed Crawford;

28  WHEREAS, Plaintiff has further noticed for mid-June, but may need to reschedule

STIPULATION AND [PROPOSED]
ORDER EXTENDING DISCOVERY AND                1.                    Case No. CV 10 2807 (MEJ)
TRIAL DEADLINES

1  for early this summer, the depositions of Department of Energy witnesses Tahirah Dumbrill

2  Solomon, Myron Alston, Carrie Brown, and a Rule 30(b)(6) representative, all of whom are located

3  in Washington, DC;

4      WHEREAS, the Parties must reschedule due to unforeseen circumstances the

5  deposition of Jim Summerford, which Plaintiff previously noticed for May 18, 2011;

6      WHEREAS, the Parties are set to mediate the case with the Court-appointed mediator

7  Linda McSweyn on July 18, 2011;

8      WHEREAS, Plaintiff has filed a motion for leave to amend her Complaint adding

9  State wage and hour claims requiring additional discovery, and a hearing on the same is scheduled

10  for June 30, 2011;

11      WHEREAS, the Parties have met and conferred pursuant to the Court's Order dated

12  May 10, 2011, for the purpose of determining a reasonable extension of the pretrial and trial dates in

13  this case, and agreed to a schedule that does not conflict with counsels' pre-existing commitments,

14  including other trials set for 2011 and 2012 (Dkt. No. 42);

15      WHEREAS, there have been no previous modifications to the dates set by the Court's

16  initial Case Management Order, except the request to extend the deadline for the Parties to complete

17  mediation;

18      WHEREAS, the Parties in good faith believe that additional time is necessary in order

19  to travel back and forth to the East Coast to complete the depositions of key witnesses, respond to

20  written discovery without compromising national security interests, and fully explore the possibility

21  of settlement;

22      WHEREAS, the Parties agree that extending the deadline for discovery and trial

23  would serve the interests of judicial economy and not cause any prejudice; and

24      THEREFORE IT IS HEREBY STIPULATED by and between the Parties, through

25  their respective counsel, that the Court modify the deadlines set forth in the Case Management Order

26  by approximately four (4) months to extend the cut-off for non-expert discovery until no sooner than

27  December 15, 2011, and the trial in this matter until no sooner than June 15, 2012.

28

1   Dated: May 25, 2011                    BRYAN SCHWARTZ LAW

2

3                                      /s/ Bryan Schwartz

4                                      Bryan Schwartz, Bar No. 209903
                                      Attorney for Plaintiff

5

6   Dated: May 25, 2011                    LITTLER MENDELSON
                                      A Professional Corporation

7

8                                      /s/ Shannon M. Gibson

9                                      Shannon M. Gibson, Bar No. 256634
                                      Attorneys for Defendant

10                                    Northrop Grumman Systems Corp.

11   Dated: May 25, 2011                    MELINDA HAAG
                                      United States Attorney

12

13

14                                    /s/ Abraham A. Simmons
                                    Abraham A. Simmons, Bar No. 146400

15                                    Assistant United States Attorney
                                    Attorneys for Federal Defendant

16                                **ORDER**

17      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulation,

18   above, is approved and adopted as the Order of this Court, as follows:

19        1.     The cut-off for non-expert discovery in the above-captioned matter shall be extended

20   from August 9, 2011 to a date no sooner than December 15, 2011; and

21        2.   ~~The date for trial shall be extended from February 12, 2012 to a date no sooner than~~

22  ~~June 15, 2012.~~  All other pretrial and trial deadlines are VACATED pending resolution of
                        Plaintiff's motion to amend.

23     **IT IS SO ORDERED.**

24   Dated: May 26 , 2011

25

26                                    Maria-Elena James

27                                    CHIEF UNITED STATES MAGISTRATE JUDGE

28  Firmwide:101854998.1 050231.1004