```
1  BRYAN SCHWARTZ (SBN 209903)
   HILLARY BENHAM-BAKER (SBN 265019)
2  BRYAN SCHWARTZ LAW
   180 Grand Avenue, Ste. 1550
3  Oakland, CA 94612
   Telephone:   (510) 444-9300
4  E-mail:      Bryan@BryanSchwartzLaw.com

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARNETT A. GEBHARDT,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN CHU, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY, and NORTHROP GRUMMAN CORP.,<br><br>    Defendants. | Case No. CV 10 2807 (MEJ)<br><br>**PLAINTIFF'S REQUEST FOR DISMISSSAL WITH PREJUDICE AS TO DEFENDANT NORTHROP GRUMMAN CORP. AND [PROPOSED] ORDER** |

Plaintiff, through undersigned counsel, hereby requests dismissal of all claims against Defendant Northrop Grumman Corporation with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2), because the matter was resolved between the parties.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September _26, 2011 | BRYAN SCHWARTZ LAW |

Bryan Schwartz, Bar No. 209903
Attorney for Plaintiff

Pursuant to Plaintiff's request for dismissal with prejudice, it is SO ORDERED.

DATE: September 27, 2011

Hon. Maria Elena James
Chief Magistrate
United States District Court
Northern District of California

PLAINTIFF'S REQUEST FOR
DISMISSAL AND [PROPOSED] ORDER                2.                Case No. CV 10 2807 (MEJ)