BRYAN SCHWARTZ (SBN 209903)
HILLARY BENHAM-BAKER (SBN 265019)
BRYAN SCHWARTZ LAW
180 Grand Avenue, Ste. 1550
Oakland, CA 94612
Telephone: (510) 444-9300
E-mail: Bryan@BryanSchwartzLaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARNETT A. GEBHARDT,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CHU, SECRETARY, UNITED STATES DEPARTMENT OF ENERGY, and NORTHROP GRUMMAN CORP.,<br><br>Defendants. | Case No. CV 10 2807 (MEJ)<br><br>**PLAINTIFF'S REQUEST FOR DISMISSSAL WITH PREJUDICE AS TO DEFENDANT NORTHROP GRUMMAN CORP. AND ~~[PROPOSED]~~ ORDER** |

Plaintiff, through undersigned counsel, hereby requests dismissal of all claims against Defendant Northrop Grumman Corporation with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2), because the matter was resolved between the parties.

Dated: September _26, 2011                    BRYAN SCHWARTZ LAW

_____
Bryan Schwartz, Bar No. 209903
Attorney for Plaintiff

Pursuant to Plaintiff's request for dismissal with prejudice, it is SO ORDERED.

DATE:   September 27, 2011        _____
                                  Hon. Maria Elena James
                                  Chief Magistrate
                                  United States District Court
                                  Northern District of California

| | | |
|---|---|---|
| **PLAINTIFF'S REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** | 2. | **Case No. CV 10 2807 (MEJ)** |