1 | MELINDA HAAG (SBN 132612)
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 | ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
4
      450 Golden Gate Avenue, 9th Floor
5 |   San Francisco, California 94102-3495
      Telephone:    (415) 436-7264
6 |   Facsimile:    (415) 436-6748
      Email: abraham.simmons@usdoj.gov
7
Attorneys for Federal Defendant
8

9

10                    UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 | GARNETT A. GEBHARDT,                    )    No.  C 10-2807 MEJ
                 Plaintiff,                  )
14 |                                         )
           vs.                               )    **STIPULATION OF DISMISSAL WITH
15 |                                         )    PREJUDICE PURSUANT TO
                                             )    SETTLEMENT**
16 | STEVEN CHU, SECRETARY,                   )
     UNITED STATES DEPARTMENT OF             )
17 | ENERGY, and NORTHROP GRUMMAN            )
     CORPORATION,                            )
18 |          Defendants.                    )
                                             )
19                                           )

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
**C 10-2807 (MEJ)**

1         Plaintiffs and defendant United States of America, through their attorneys of record, hereby

2    stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its

3    entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for

4    Compromise Settlement and Release and Order, Document 55, filed September 8, 2011, in this

5    action.

6

7                                                  BRYAN SCHWARTZ LAW

8    DATED: November __, 2011

9                                                BRYAN SCHWARTZ

10                                               Attorney for Plaintiff

11

12

13                                               MELINDA HAAG
                                            United States Attorney

14

15   DATED: November __, 2011

16                                               ABRAHAM A. SIMMONS
                                          Assistant United States Attorney

17                                               Attorney for Federal Defendants

18

19

20            PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   DATED: _November 28, 2011_

23                                               HON. MARIA-ELENA JAMES
                                          United States Magistrate Judge

24

25

26

27

28

**STIPULATION OF DISMISSAL**
**C 10-2807 (MEJ)**