1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:   (415) 436-7264
6       Facsimile:   (415) 436-6748
        Email: abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendant
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  GARNETT A. GEBHARDT,           )   No. C 10-2807 MEJ
            Plaintiff,             )
14                                 )
                                   )   STIPULATION OF DISMISSAL WITH
15     vs.                         )   PREJUDICE PURSUANT TO
                                   )   SETTLEMENT
16  STEVEN CHU, SECRETARY,         )
    UNITED STATES DEPARTMENT OF    )
17  ENERGY, and NORTHROP GRUMMAN   )
    CORPORATION,                   )
18          Defendants.            )
                                   )
19                                 )

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
C 10-2807 (MEJ)

1  Plaintiffs and defendant United States of America, through their attorneys of record, hereby
2  stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its
3  entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for
4  Compromise Settlement and Release and Order, Document 55, filed September 8, 2011, in this
5  action.

DATED: November __, 2011

BRYAN SCHWARTZ LAW

_____
BRYAN SCHWARTZ
Attorney for Plaintiff

DATED: November __, 2011

MELINDA HAAG
United States Attorney

_____
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorney for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 28, 2011

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION OF DISMISSAL
C 10-2807 (MEJ)